UNITED STATES, Appellee

v

GEORGE E. PERKINS, Airman Basic,
U. S. Air Force, Appellant

19 USCMA 352, 41 CMR 352

No. 22,735

March 27, 1970

*Colonel Bertram Jacobson* and *Major William H. Seckinger* were on the pleadings for Appellant, Accused.

*Colonel James M. Bumgarner* and *Major Robert L. Bates* were on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

For the reasons set forth in United States v Benway, 19 USCMA 345, 41 CMR 345 (1970), Headquarters, United States Military Assistance Command, Vietnam, Directive 37–6 punitively applies to the appellant's purchase of postal money orders as set forth in specifications 1 and 2 of Charge II.

The decision of the Court of Military Review is affirmed.

Chief Judge QUINN and Judge FERGUSON concur.